# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

130035

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ERIK THOMAS CALONI,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130035
COA: 254187
Jackson CC: 03-004351-FC

On order of the Court, the application for leave to appeal the November 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

_____
Clerk

s0320